**FILED**

February 13, 2009

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Shelie Radotic, ) <br> ) <br> Defendant. ) | Case No. 2:09-cr-54 WBS <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Shelie Radotic   Case 2:09-cr-54 WBS  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

_ _   Release on Personal Recognizance

_ _   Bail Posted in the Sum of _____

 X   Unsecured bond in the amount of $50,000 to be cosigned by defendant's father and step-mother  prior to release  (KJM)

_ _   Appearance Bond with 10% Deposit

_ _   Appearance Bond secured by Real Property

_ _   Corporate Surety Bail Bond

 X   (Other) Probation conditions/supervision:

Issued at  Sacramento, CA  on 2/13/09   at  2:45 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge