Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | ) Case No.: Cr. S. 09-054 |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE |
| vs. | ) DATE:   August 10, 2009<br>) TIME:   8:30 a.m.<br>) COURT:  Hon. William B. Shubb |
| Tami Deanda, et. al.<br>Defendants | ) |

Defendants, Tami Deanda, by and through her undersigned counsel, Shari Rusk, Holly Armada Haworth, by and through her undersigned counsel, Lindsey Weston, Shelie Louise Radotic, by and through her undersigned counsel, Carl Larson and the United States, by and through Assistant United States Attorney Kyle Reardon, hereby agree and stipulate that the status conference previously scheduled for June 1, 2009 be re-scheduled for a status conference on August 10, 2009. The parties have reached an agreement in principle and are finalizing the details.   Additional time is needed for continued defense preparation.   Therefore the parties request that the matter be placed on calendar for a change of plea on August 10, 2009 and that date is available with the Court.

All parties agree that time should be excluded up to and through August 10, 2009 under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and local code T4, to allow the defense sufficient time to prepare and investigate this matter.

///

///

Dated: May 28, 2009          Respectfully submitted,

                                          _/s/ Shari Rusk_____
                                          Shari Rusk
                                          Attorney for Defendant
                                          Tami Deanda


                                          /s/ Lindsey Weston_____
                                          Lindsey Weston
                                          Attorney for Defendant
                                          Holly Armada Haworth


                                          /s/ Carl Larson_____
                                          Carl Larson
                                          Attorney for Defendant
                                          Shelie Louise Radotic


Dated: May 28, 2009
                                          /s/ Kyle Reardon ____
                                          Kyle Reardon
                                          Assistant United States Attorney

## ORDER

It is so ordered.

DATED:  June 1, 2009

                                      WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE